# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| ANNIE BLOCKER, | * | |
| PLAINTIFF | * | |
| | * | |
| V. | * | |
| | * | CASE NO. 4:20CV00888 SWW |
| | * | |
| | * | |
| EMILY SIN, | * | |
| DEFENDANT | * | |
| | * | |
| | * | |

## ORDER

Before the Court is the parties' stipulation of dismissal [ECF No. 12], pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties state that they stipulate to dismissal of this action, without prejudice.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 14th day of June, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE